JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH JOHNSON, | ) | NO. CV 18-4010-AB (E) |
| Petitioner, | ) | |
| v. | ) | |
| WARDEN, | ) | JUDGMENT |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 5, 2018.

ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE